# Court of Appeals
# of the State of Georgia

ATLANTA, August 09, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0020.  KYLE PERRY v. THE STATE.**

Kyle Perry filed this application for discretionary appeal, seeking review of the trial court's order denying his motion for an out-of-time appeal.  Based on the limited application materials Perry has provided, it appears that he seeks appellate review of the judgment of conviction entered after he pled guilty to several crimes, including malice murder and/or felony murder.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death may be imposed for the crimes of malice murder and felony murder, jurisdiction over this application appears to be proper in the Supreme Court.  See OCGA § 16-5-1 (a), (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"); accord *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996) (the Supreme Court has the ultimate responsibility for determining appellate jurisdiction).

Accordingly, Perry's application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,__08/09/2018_____*

    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*